```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                  :

KIRAN VUPPALA,                               :

                                Plaintiff,   :                1:24-cv-5578-GHW

                    -v-                    :                <u>ORDER</u>

SP PLUS CORPORATION, *et al*.,   :

                           Defendant(s). :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Due to a scheduling conflict, the initial pretrial conference originally scheduled for November 4, 2024, *see* Dkt. No. 7, is rescheduled to October 31, 2024 at 3:00 p.m. The deadline for the parties to submit the joint letter and proposed case management plan outlined in the Court's July 29, 2024 order, Dkt. No. 7, remains October 28, 2024. Plaintiff is directed to serve this order on Defendant Dag Hammarskjold Tower, Inc. and to retain proof of service.

SO ORDERED.

Dated: October 22, 2024
       New York, New York

                                                                          GREGORY H. WOODS
                                                             United States District Judge