# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida  33160
Main:  305-949-7777
Fax:    305-704-3877

October 23, 2024

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/23/2024__
```

**MEMORANDUM ENDORSED**

Re:    **Vuppala v. SP Plus Corporation, et al.**
        **Case 1:24-cv-05578-GHW**

Dear Judge Woods:

The undersigned represents the Plaintiff in the above-captioned matter.

Pursuant to today's Order [D.E. 14], rescheduling the Initial Pretrial Conference to October 31, 2024, at 3:00 p.m.  Plaintiff and the undersigned counsel ask that this recently rescheduled in-person Court Conference please be rescheduled to any another day convenient to the Court due to pre-scheduled depositions at the same time on October 31 in the Southern District of New York, Case Number 1:24-cv-01775, *Laureano v. Paddy's, et al.* Alternatively, we respectfully request to appear telephonically at said Conference is unable to be rescheduled by the Court..

We have conferred with the opposing counsel who consent to the filing of this motion.

Thank you for your attention to this matter.

Respectfully,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone:  (305) 949-7777
    Facsimile:   (305) 704-3877
    Email: bbw@weitzfirm.com

Application granted.  Plaintiff's request to adjourn the initial pretrial conference scheduled for October 31, 2024 is granted.  The initial pretrial conference is adjourned to December 19, 2024 at 12:00 p.m.  The deadline to submit the joint letter and proposed case management plan outlined in the Court's July 29, 2024 order, Dkt. No. 7, is extended to December 12, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.

Dated:  October 23, 2024            _____
New York, New York                    GREGORY H. WOODS
                                       United States District Judge