```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
KIRAN VUPPALA,                                                  :
                                                                :
                                   Plaintiff,                   :   1:24-cv-5578-GHW
                                                                :
                -v-                                             :   ORDER
                                                                :
SP PLUS CORPORATION, *et al.*,                                  :
                                                                :
                                   Defendants.                  :
                                                                :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In their joint letter dated December 11, 2024, Plaintiff and Defendant SP Plus Corporation requested that the initial pretrial conference scheduled for December 19, 2024 be held telephonically. The parties' request is granted. The initial pretrial conference scheduled for December 19, 2024 at 12:00 p.m. will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules. Plaintiff is directed to serve a copy of this order on Defendant Dag Hammarskjold Tower, Inc. and to retain proof of service.

   SO ORDERED.

Dated: December 11, 2024
       New York, New York                       _____
                                                    GREGORY H. WOODS
                                                United States District Judge