**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2025

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

KIRAN VUPPALA,

Plaintiff,

vs.

SP PLUS CORPORATION, a Delaware corporation, d/b/a SP PLUS PARKING, and DAG HAMMARSKJOLD TOWER CONDOMINIUM, a New York condominium,

Defendants.
______________________________________/

CASE NO: 1:24-cv-05578-GHW

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COMES NOW Plaintiff, KIRAN VUPPALA, and Defendants, SP PLUS CORPORATION, a Delaware corporation, d/b/a, SP PLUS PARKING and DAG HAMMARSKJOLD TOWER CONDOMINIUM, a New York condominium, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 12th day of May, 2025.

By:______________________________
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com
*Attorney for Plaintiff*

By:______________________________
Anat Maytal, Esq.
Littler Mendelson P.C.
900 Third Avenue
New York, NY 10022
Telephone: 212-583-9600
Facsimile: 212-832-2719
Email: amaytal@littler.com
*Attorney for Defendants*

The parties have stipulated to the dismissal of this action with prejudice under F.R.C.P. 41(a)(1)(A)(ii).

SO ORDERED.

Dated: July 9, 2025
New York, New York

GREGORY H. WOODS
United States District Judge